WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Dineyazhe, et al., <br><br>         Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>         Defendant. | NO. CIV-06-0690-PCT-SMM <br><br> **ORDER** |

Pending before the Court is Plaintiff's Motion to permit Michael P. Upshaw to Withdraw as Attorney.  (Dkt. 13.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Withdraw as Attorney.  (Dkt. 13.)

**IT IS FURTHER ORDERED** that Michael P. Upshaw be as removed as counsel of record in this matter.

DATED this 19th day of October, 2006.

Stephen M. McNamee
United States District Judge