WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Dineyazhe, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>              Defendant. | NO. CIV-06-0690-PCT-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Vacate the Rule 16 Preliminary Pretrial Conference scheduled for December 18, 2006 and To Extend All Deadlines. (Dkt. 16.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion to Vacate the Rule 16 Preliminary Pretrial Conference scheduled for December 18, 2006 and To Extend All Deadlines. (Dkt. 16.)

**IT IS FURTHER ORDERED GRANTING** the parties an extension of the current deadlines imposed by the Court in order to allow the parties to attempt to finalize settlement of all claims before the Court. (Dkts. 10, 12.)

**IT IS FURTHER ORDERED VACATING** the Rule 16 Preliminary Pretrial Conference scheduled for December 18, 2006 at 11:00 a.m.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS FURTHER ORDERED** that a Rule 16 Preliminary Pretrial Conference will be scheduled by the Court upon notice from the parties that the settlement negotiations have not been completed.

**IT IS FURTHER ORDERED** that, no later than January 22, 2007, the parties' shall advise the Court of the status of settlement discussions.

DATED this 12th day of December, 2006.

Stephen M. McNamee
United States District Judge