**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Dineyazhe and<br>Derrick Dineyazhe, Individually<br>and as Next Friends of Dominic<br>Dineyazhe, A Minor;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>　　　　Defendant. | No. CV-06-0690-PCT-SMM<br><br>**ORDER** |

This matter comes before the Court on Plaintiffs' Unopposed Motion to Conduct Discovery and To Set Scheduling Order (Doc.19). Pursuant to the motion and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Unopposed Motion to Conduct Discovery and To Set Scheduling Order (Doc. 19).

**IT IS FURTHER ORDERED** that a Rule 16 Scheduling Conference has been set for **February 13, 2008 at 4:00p.m.**

DATED this 26th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge