**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Dineyazhe and Derrick Dineyazhe, Individually and as Next Friends of Dominic Dineyazhe, A Minor;<br><br>Plaintiffs,<br>v.<br><br>The United States of America,<br><br>Defendant. | No. CIV 06-690-PCT-SMM<br><br>**ORDER** |

Having received Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint (Doc. 28)[1], and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint (Doc. 28).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's First Amended Complaint previously lodged as Document 29.

DATED this 6th day of February, 2008.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge

---

[1] Plaintiff is advised that, pursuant to LRCiv 7.1(b)(2)and(3), in civil cases when a party requests specific relief, except for dismissal or summary judgment pursuant to Federal Rules of Civil Procedure 12(b) or 56, the party **must lodge** with the Clerk **a separate proposed order**. Failure to do so may result in denial of the request.