**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Helen Dineyazhe and Derrick Dineyazhe, Individually and as Next Friends of Dominic Dineyazhe, A Minor;<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | No. CV-06-0690-PCT-SMM<br><br>**ORDER** |

Currently pending before the Court is Defendant's Unopposed Motion to Extend Response to Request to Produce and Interrogatories (Doc. 35). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Unopposed Motion (Doc. 35). The deadline for the Response to Request to Produce is extended from February 27, 2008 to **March 14, 2008**, and the deadline for the Response to Interrogatories is extended from March 10, 2008 to **March 14, 2008.**

DATED this 25th day of February, 2008.

Stephen M. McNamee
United States District Judge