**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Dineyazhe, ) | No. CIV 06-0690-PCT-SMM |
| ) Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) United States of America, et al., ) | |
| ) Defendants. ) | |
| _____) | |

Having received Defendant's Notice of Settlement, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, October 31, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **November 17, 2008 at 10:00 a.m.** If the stipulation is received by **Friday, October 31, 2008**, the status conference will be automatically vacated.[1]

DATED this 5th day of September, 2008.

Stephen M. McNamee
United States District Judge

---

[1] This case includes a minor, therefore the parties will be filing a joint motion to approve the settlement. The parties submit that urgent approval will be requested because the settlement includes purchase of an annuity. Once the settlement is approved, it will take another four to six weeks for it to be certified by the Treasury Department and funded.