UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Dineyazhe, et.al., | CIV 06-0690-PCT-SMM |
| Plaintiff | **ORDER ON JOINT MOTION TO APPROVE SETTLEMENT** |
| v. | |
| United States of America | |
| Defendant. | |

This matter having come before the Court upon the filing of the parties' Joint Motion to Approve Settlement (Doc. No. ___), in which the parties seek court approval of the proposed settlement to compromise the claims of minor Dominic Dineyazhe, and the Court having reviewed the motion and proposed settlement, and being fully advised,

FINDS that the Motion is well taken and that the settlement provisions outlined therein are fair, just and in the best interest of the minor Plaintiff, and

IT IS THEREFORE ORDERED as follows:

1.    The Joint Motion to Approve Settlement (Doc. No. ___) is granted.

2. The settlement amounts and terms for Plaintiff Dominic Dineyazhe are hereby approved including but not limited to the $100,000 reversionary trust, the purchase of the annuity at a cost of $75,000, $10,000 in cash jointly for Dominic and his parents, $4,667.11 for unpaid medical bills, $13,665.89 for litigation costs and expenses, and attorneys fees at the statutory maximum of 25% in FTCA cases, $61,667, for a total settlement cost of $265,000.

3. Upon payment of the settlement amounts, the parties shall file a stipulated dismissal with prejudice, each side to bear its own costs and fees.