**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HELEN DINEYAZHE, et.al., | CV 06-0690-PCT-SMM |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 51) filed with this Court on October 7, 2008,

**IT IS HEREBY ORDERED** that this action is dismissed as to all claims, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 8th day of October, 2008.

Stephen M. McNamee
United States District Judge